# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHLEEN MATILDA REPPERT,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL[1],<br>Commissioner of Social Security,<br><br>Defendant. | NO. 3:19-cv-0878<br><br>(SAPORITO, M.J.) |

# **ORDER**

AND NOW, this 3rd day of April, 2020, IT IS HEREBY ORDERED that:

1. The Commissioner's final decision denying the plaintiff's application for benefits under Title II of the Social Security Act is **VACATED** and **REMANDED** to conduct a new administrative hearing before a different, constitutionally appointed ALJ;

---

[1] Andrew Saul was sworn in as Commissioner of Social Security on June 17, 2019. He is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). See also Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g) (action survives regardless of any change in the person occupying the office of Commissioner of Social Security). The caption in this case is amended to reflect this change.

2. The Clerk is directed to enter judgment in favor of the plaintiff;

3. The Clerk shall mark this case as **CLOSED**.


Dated: April 3, 2020                      ***s/Joseph F. Saporito, Jr.***
                                                         JOSEPH F. SAPORITO, JR.
                                                         United States Magistrate Judge