# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHLEEN M. REPPERT, | : | NO. 3:19-CV-00878 |
| Plaintiff, | : | |
| -vs- | : | |
| | : | (SAPORITO, M.J.) |
| ANDREW SAUL, | : | |
| Commissioner | : | |
| of Social Security, | : | |
| Defendant. | : | [FILED VIA ECF] |
| | : | |

FILED
WILKES BARRE
AUG 25 2020
PER _____ MS
DEPUTY CLERK

## ORDER

AND NOW, this **24th** day of **August**, 2020, upon consideration of the afore-stated Stipulation, it is hereby,

ORDERED that Plaintiff, Kathleen M. Reppert, is awarded **Four Thousand Dollars and Zero Cents ($4,000.00)** in attorney fees under EAJA. The attorney fees will be paid directly to Plaintiff, Kathleen M. Reppert, and sent to the business address of Plaintiff's counsel, Patrick J. Best, Esquire. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government.

If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

BY THE COURT:

*Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO
U.S. MAGISTRATE JUDGE